UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TOMASA BATALLA,**

    Plaintiff,

v.                                                         Case No: 8:20-cv-83-T-35AEP

**EVEREST RECEIVABLE SERVICES, INC.,**

    Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Agreed Stipulation of Dismissal with Prejudice, (Dkt. 24), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 8th day of September, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party